MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5589
   Facsimile:  (408) 535-5066
   Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> JAVIER HERNANDEZ-HERRERA, <br>     Defendant. | No. CR 12-423 LHK <br><br> STIPULATION AN D **[PROPOSED]** ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

**STIPULATION**

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Javier Hernandez-Herrera, by and through Assistant Federal Public Defender Varell L. Fuller, hereby stipulate that, with the Court's approval, the status hearing currently set for Wednesday, October 10, 2012, at 9:00 a.m., shall be continued to Wednesday, November 14, 2012, at 9:00 a.m.

The continuance is requested to provide counsel for both the government and the defendant with additional time to conduct further research and investigation related to the filing

1

of additional charges.  The continuance would provide the reasonable time necessary for effective preparation for both counsel for the defendant and the attorney for the government. Accordingly, both parties respectfully request that the time between October 10, 2012 and November 14, 2012 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: October 5, 2012

/s/
MEREDITH J. EDWARDS
Special Assistant United States Attorney

Dated: October 5, 2012

/s/
VARELL L. FULLER
Assistant Federal Public Defender

**[PROPOSED] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the time between October 10, 2012 and November 14, 2012 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: October 9, 2012

_____
THE HONORABLE LUCY H. KOH
United States District Judge