STEVEN G. KALAR
Federal Public Defender
ROBERT CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant, HERNANDEZ-HERRERA


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 12-00423-LHK |
| Plaintiff, ) | No. CR 12-00766-LHK |
| ) | |
| vs. ) | **[PROPOSED] ORDER ON** |
| ) | **STIPULATION TO CONTINUE STATUS** |
| JAVIER HERNANDEZ-HERRERA, ) | **CONFERENCE** |
| ) | |
| Defendant. ) | |

1. Mr. Hernandez was indicted on May 30, 2012, for a violation of 8 U.S.C. § 1326 (case

number 12-00423-LHK). Thereafter, on October 24, 2012, Mr. Hernandez was separately

indicted for a violation of 21 U.S.C. § 841 (a)(1) (No. CR 12-00766-LHK). Both matters are

currently scheduled for a status hearing before this Court on April 3, 2013.

2. On March 27, 2013, some new facts came to the attention of Counsel for Mr.

Hernandez, which could be very significant to the ultimate disposition of the charges alleged in

case No. CR 12-00766-LHK. Both Counsel for Mr. Hernandez and the government agree that

these facts need to be fully investigated before the parties can proceed with further discussions

regarding a resolution of the case. To the extent that a simultaneous disposition of both cases is

STIPULATION TO CONTINUE; [PROPOSE] ORDER
CASE NOS. CR 12-00423-LHK/CR 12-00766-LHK     3

1  anticipated, the parties believe that it would be helpful if case No. CR 12-00423-LHK was also

2  continued.

3      3.  There is good cause for the requested continuance, and the "ends of justice" served by

4  taking such action "outweigh the best interest of the public and the defendant in a speedy trial."

5  18 U.S.C. § 3161 (h)(7)(A).  Accordingly, the time from April 3 to May 8, 2013, is excluded

6  pursuant to section 3161 (h)(7)(A).

7      5.  The status hearing in this matter shall be continued to May 8, 2013, at 9:00 a.m.

8

     IT IS SO ORDERED.
9

10
    Dated: _____4/1/13_____          _Lucy H. Koh_____
11                                             HON. LUCY H. KOH
                                               United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26